IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Civil Action No.: 7:02-CV-166-F1

UNITED STATES OF AMERICA, et rel.,
KENDALL SUH, M.D. and BRUNSWICK
EMERGENCY PHYSICIANS, P.A.,

    Plaintiffs,

v.

HCA-THE HEALTHCARE CO., f/k/a
COLUMBIA/HCA HEALTHCARE CORP.,
d/b/a BRUNSWICK COMMUNITY
HOSPITAL and PAUL SCHULTE,

    Defendants.

**DEFENDANT HCA INC.'S
CORPORATE DISCLOSURE
STATEMENT**
Fed. R. Civ. P. 7.1

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, HCA Inc., who is a Defendant in the above-entitled action, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   ○ Yes      ☑ **No**

2. Does party have any parent corporations?

   ☑ **Yes**      ○ No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

- Hercules Holding II, LLC (owns 96.5% of HCA Inc.)
  - Bain Capital Integral Investors 2006, LLC (owns 23.1% of Hercules Holding II)
  - ML Global Private Equity Fund, LP (owns 23.8% of Hercules Holding II)
  - Frist Group (owns 18.9% of Hercules Holding II)
  - KKR Millennium Fund, LP (10.1% of Hercules Holding II)

3.  Is 10% or more of the stock of a party owned by a publicly held corporations or other publicly held entity?

    ○ Yes    ☑ No

    If yes, identify all such owners: **Not applicable.**

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ○ Yes    ☑ No

    If yes, identify entity and nature of interest: **Not applicable.**

5.  Is party a trade association?

    ○ Yes    ☑ No

    If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock: **Not applicable.**

6.  If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee: **Not Applicable.**

    Respectfully submitted, this the 16th day of April, 2007.

    /s/ John L. Sarratt
    John L. Sarratt
    N.C. State Bar No.: 3855
    Email: jsarratt@kennedycovington.com
    Patricia T. Meador
    North Carolina State Bar No. 10431
    Email: pmeador@kennedycovington.com

OF COUNSEL:

**KENNEDY COVINGTON LOBDELL & HICKMAN, L.L.P.**
4350 Lassiter at North Hills Avenue
Suite 300
Raleigh, North Carolina 27609
Telephone: (919) 743-7312
Facsimile: (919) 516-2012