| | |
|---|---|
| KENDALL SUH, M.D. and BRUNSWICK )<br>EMERGENCY PHYSICIANS, P.A., )<br>   Plaintiffs, )<br>)<br>v. )<br>HCA - THE HEALTHCARE CO., f/k/a )<br>COLUMBIA/HCA HEALTHCARE CORP.,)<br>d/b/a BRUNSWICK COMMUNITY )<br>HOSPITAL and PAUL SCHULTE, )<br>   Defendants, | O R D E R |

The parties' joint motion for court-hosted settlement conference [DE-107] is ALLOWED. United States Magistrate Judge David W. Daniel, hereby is APPOINTED settlement master, and is DIRECTED to schedule a settlement conference **on or before August 9, 2010.** The parties are DIRECTED to confer and submit to Judge Daniel's chambers three possible dates for the settlement conference.

Furthermore, the parties' joint request to extend the deadline for filing dispositive motions is ALLOWED. All potentially dispositive motions shall be filed within thirty (30) days following the completion of the court-hosted settlement conference. The trial in this matter is CONTINUED until the undersigned's January 3, 2011 term of court.

SO ORDERED. This the 14th day of June, 2010.

*/s/ James C. Fox*
JAMES C. FOX
Senior United States District Judge