IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:02-CV-166-F

| | |
|---|---|
| KENDALL SUH, M.D. AND BRUNSWICK EMERGENCY PHYSICIANS, P.A., <br><br> Plaintiffs, <br><br> vs. <br><br> HCA-THE HEALTHCARE CO., F/K/A COLUMBIA/HCA HEALTHCARE CORP. D/B/A BRUNSWICK COMMUNITY HOSPITAL <br><br> Defendant. | ) ) ) ) ) ) ) ) **Stipulation of Dismissal with Prejudice** ) ) ) ) ) ) ) ) ) |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiffs, Kendall Suh, M.D. and Brunswick Emergency Physicians, P.A. by and through counsel, and the Defendant, HCA, Inc. by and through counsel, with the consent of The United States of America, by and through counsel, hereby stipulate to the dismissal of this matter with prejudice, each party to bear its own costs, including attorneys' fees.

This the 13th day of August, 2010.

                                                    KENDALL SUH, M.D. AND BRUNSWICK
                                                    EMERGENCY PHYSICIANS, P.A.,
                                                    By and Through Their Attorneys

                                                    MARSHALL, WILLIAMS & GORHAM, LLP
                                                    By: /s/ John L. Coble
                                                    John L. Coble
                                                    N.C. State Bar No. 12903
                                                    14 South Fifth Street
                                                    Post Office Drawer 2088
                                                    Wilmington, North Carolina 28402-2088

Telephone: (910)763-9891
Facsimile: (910)343-8604
Email: jlc@mwglaw.com

SIMMONS LAW FIRM, L.L.C.
By: /s/ John S. Simmons
John S. Simmons
1711 Pickens Street
Post Office Box 5
Columbia, South Carolina 29202
Telephone: (803)779-4600
Facsimile: (803)254-8874
Email: jsimmons@simmonslawfirm.com

And

HCA, INC.
By and Through Its Attorneys
K&L GATES, LLP

By: /s/ John H. Culver III
John H. Culver III
N.C. State Bar No. 17849
214 North Tryon Street
Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-7453
Facsimile: (704) 353-3153
Email: john.culver@klgates.com

And

By: /s/ Amy Garrigues
Amy Garrigues
N.C. State Bar No. 35293
Post Office Box 14210
Research Triangle Park, NC 27709-4210
Telephone: (919) 466-1275
Facsimile: (919) 516-2105
Email: amy.garrigues@klgates.com

2

GEORGE E.B. HOLDING
United States Attorney


BY:     /s/ G. NORMAN ACKER, III
G. NORMAN ACKER, III
Attorney for Plaintiff
Assistant United States Attorney
Civil Division
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461
Telephone: (919) 856-4049
Facsimile: (919) 856-4821
E-mail: Norman.Acker@usdoj.gov
NC Bar #12839